# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| GREGORY MCEWEN AND LINDA MCEWEN, <br><br>      Plaintiffs,<br><br>v.<br><br>JOE B. GARZA, *et al.*,<br><br>      Defendants. | Civil No. 09-0868 (JRT/AJB)<br><br><br><br>**ORDER** |

___

This matter is before the Court on the stipulation filed by the parties in this matter on June 29, 2009 [Docket No. 20].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the time for plaintiffs Gregory N. McEwen and Linda I. McEwen to respond to Defendants' Motion to Dismiss, filed June 10, 2009, is hereby extended to August 5, 2009.


DATED: June 30, 2009
at Minneapolis, Minnesota.

                                       s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                   United States District Judge