# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

GREGORY MCEWEN AND LINDA
MCEWEN,

Civil No. 09-0868 (JRT/AJB)

Plaintiffs,

v.

**ORDER**

JOE B. GARZA, *et al.*,

Defendants.

_____

This matter is before the Court on the stipulation filed by the parties in this matter on

July 1, 2009 [Docket No. 22].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED** that the time for defendants Joe B. Garza and Garza and Staples, P.C. to

respond to Defendants' Motion to Dismiss, filed June 10, 2009, is hereby extended to

August 5, 2009.


DATED: July 6, 2009
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge